FILED

05/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0056

LARRY RICHARDS, LINDA MILLER,

　　　Petitioners and Appellants,

v.

DEPARTMENT OF NATURAL RESOURCES &
CONSERVATION,

　　　Respondent and Appellee.

ORDER

Appearing on their own behalf, Appellants Larry Richards and Linda Miller filed the opening brief on appeal on May 14, 2021. Rules 10 through 13 of the Montana Rules of Appellate Procedure set forth the requirements for filing appellate briefs. The Court has determined that Appellants' brief does not comply with these rules. Accordingly,

IT IS HEREBY ORDERED that Appellants' opening brief be returned for revisions necessary to comply with the Montana Rules of Appellate Procedure. In particular, Appellants' brief must:

1. Include in the cover page, pursuant to Rule 11(6)(b), (iii) and (v):
   a. The title of this Court;
   b. The title of the case in the court from which you are appealing;
   c. the court and name of the judge in the case from which you are appealing;
   d. the names, mailing addresses, telephone, fax numbers, and email addresses (if any) of the respective counsel for the parties or for the parties if they are proceeding without counsel;
   e. The title of the document being filed, such as "Appellant's Opening Brief."
2. Include contents set forth in Rule 12(1). The brief should contain:
   a. A table of contents, with page references, and a table of cases (alphabetically arranged), statutes and other authorities cited, with references to the pages of the brief where they are cited;
   b. A statement of issues presented for review. The statement of the issues are questions that tell the Court what mistake(s) the district

court made;

c. A summary of the argument you will make to the Court;

d. A statement of the facts relevant to the issues presented for review, with references to the pages or the parts of the record at which material facts appear;

    i. You may not rely on any facts that the district court did not have before it. Therefore, the brief must include references to the record on appeal—for example, Transcript, p. 231; Judgment, p. 3; or Motion for Summary Judgment, p. 2—pursuant to Rule 12(9);

e. A state of the standard of review as to each issue raised, together with a citation of authority;

f. An argument containing the Appellant's contentions with respect to the issues presented;

g. A short conclusion stating the precise relief sought.

3. Be double spaced except that footnotes and quoted and indented material may be single spaced, per Rule 11(3)(b).

4. Include a signed certificate of compliance, pursuant to Rule 11(4)(e), that states that the document's line spacing is proportionally spaced; the text is double spaced; and the calculated word count. Appellant may rely on the word count of the word processing system used to prepare the brief, but needs only to include the actual brief content itself.

IT IS HEREBY ORDERED that the original of the referenced brief be returned for revisions necessary to comply with the specified Rules;

IT IS FURTHER ORDERED that the postage costs for returning the Appellants' brief will be billed to Appellants by the Clerk of the Supreme Court and shall be due and payable upon receipt;

IT IS FURTHER ORDERED that the signed original and nine copies of the *revised* brief ordered herein be filed within fifteen (15) days of the date of this Order with the Clerk of the Supreme Court and one copy of each revised brief be served on counsel of record;

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of refilling of the brief being returned this date.

The Clerk is directed to mail a true copy of this Order, together with all copies of Appellants' brief referenced herein, to Appellants and to mail a true copy of this Order to

all counsel and/or parties upon whom the brief was served, and to provide a copy of the *Civil Handbook* to Appellants.

DATED this 14th day of May, 2021.

For the Court,

By _____
Justice